UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES STEPHEN MANLEY,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-00580-RCJ-VPC<br><br>ORDER |

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner's motion for extension of time to reply to respondents' answer (ECF No. 24). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file his reply in support of his petition (ECF No. 24) is **GRANTED**. Petitioner shall file his reply within **ninety (90) days** of the date of this order. Petitioner is advised that, absent extraordinary circumstances, the court is highly unlikely to grant any further extensions.

　　DATED: This 12th day of April, 2016.
　　.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE