UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES STEPHEN MANLEY,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:14-cv-00580-RCJ-VPC<br><br>ORDER |

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner Charles Stephen Manley's motions for 120-day stay of these proceedings as well as a motion for appointment of counsel (ECF Nos. 27, 28).

On April 12, 2016, the court granted Manley's motion for extension of time to file his reply to respondents' answer (ECF No. 25). Thereafter, Manley filed a third motion for appointment of counsel (ECF No. 27) as well as a motion to stay the case until a decision on the motion for counsel (ECF No. 28). Manley does not set forth new arguments to demonstrate that the appointment of counsel is warranted here. Accordingly, the motion for counsel shall be denied. Manley shall file his reply in support of the petition within sixty (60) days of the date of this order. This is the second lengthy extension that the court has granted, and absent extraordinary circumstances, it is highly unlikely to grant a further extension.

**IT IS THEREFORE ORDERED** that petitioner's third motion for appointment of counsel (ECF NO. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion to stay the case (ECF No. 28) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall file his reply in support of his petition, if any, within **sixty (60) days** of the date of this order.  Petitioner is advised that, absent extraordinary circumstances, the court is highly unlikely to grant any further extensions.

DATED: This 6th day of March, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE