# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES STEPHEN MANLEY, | No. 3:14-cv-00580-RCJ-VPC |
| *Petitioner*, | |
| vs. | ORDER |
| TIMOTHY FILSON, *et al.*, | |
| *Respondents.* | |

This habeas action under 28 U.S.C. § 2254 currently is pending for disposition on the merits. Review of the record reflects that there is a gap in the trial transcript in Exhibit 21. The Court is unable to determine how many pages are missing because the original page numbers on the condensed transcript are marginally legible at best. (See ECF No. 11-22, at 13-14.) Accordingly,

IT IS ORDERED that, within twenty-one (21) days of entry of this order, respondents shall file a supplemental exhibit including the missing pages from the trial transcript. The Court is endeavoring to resolve this case before September 28, 2018; and any request for an extension therefore should be sought only in compelling circumstances.

DATED: August 14, 2018.

_____
ROBERT C. JONES
United States District Judge