# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES STEPHEN MANLEY,

    *Petitioner*,

vs.

TIMOTHY FILSON, *et al.*,

    *Respondents.*

No. 3:14-cv-00580-RCJ-VPC

ORDER

Court mail has been returned from the last institutional address given by petitioner with a notation reflecting that he no longer is at the institution. (See ECF No. 32.) Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice and that the pending response deadline under ECF No. 31 is canceled.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: August 28, 2018.

                                            ROBERT C. JONES
                                            United States District Judge